IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 21-00557-RBW |
| Plaintiff, | : | **MOTION FOR CONTINUANCE OF SENTENCING HEARING; CERTIFICATE OF SERVICE** |
| vs. | : | |
| STACY HIGA, | : | |
| Defendant. | : | |

### MOTION FOR CONTINUANCE OF SENTENCING HEARING

Stacy Higa, by and through counsel hereby respectfully moves this Honorable Court for a brief continuance of the sentencing hearing in his matter presently scheduled for January 13, 2022 at 2:00 p.m. EST, to either February 2nd, 3rd, 7th or 11th at the same hour now scheduled.

The reason for the request is to allow counsel to be present with Mr. Higa during the video hearing.

Counsel will be required to travel by air to be present with Mr. Higa for his sentencing. Hawaii has been undergoing very high COVID infection numbers since January 1 due to the holidays. The level just announced today is a State record. See

https://www.hawaiinewsnow.com/2022/01/06/hawaii-reports-record-

4789-new-covid-19-infections-4-more-deaths/

Counsel is hesitant to travel next week due to the high COVID counts. My client understands the situation and concurs in this request.

Further, I have conferred with Ms. Goemaat and she does not oppose a brief continuance until either February 2nd, 3rd, 7th or 11th at the same hour now scheduled.

DATED:  Honolulu, Hawaii, January 6, 2022.

/s/ William A. Harrison
WILLIAM A. HARRISON   #2948
American Savings Bank Tower
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number: (808) 523-7041
Facsimile Number: (808) 538-7579
E-Mail:  wharrison@hamlaw.net